MAE BUTLER, Individually and as Administratrix of the Estate of HELEN B. CRANDALL, Deceased, et al., Respondents, v. LEWIS A. CRANDALL et al., Individually and as Executors of LEWIS E. CRANDALL, Deceased, et al., Appellants.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.